# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: WESLEY A. MASSEY  :  No. 46 WM 2020

:

:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2020, the "Emergency Application for Extraordinary Relief (King's Bench)" is DENIED.